B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Sylvia A Jones**  
Debtor(s)

Case No.  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** Home Comings Financial | **Describe Property Securing Debt:** Location: 30180 Marshall Ct, Westland MI |
|---|---|

Property will be (check one):  
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt    ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** Home Comings Financial | **Describe Property Securing Debt:** Location: 30180 Marshall Ct, Westland MI |
|---|---|

Property will be (check one):  
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt    ☐ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

**Property No. 1**

| **Lessor's Name:** -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES    ☐ NO |
|---|---|---|

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **September 21, 2009**   Signature **/s/ Sylvia A Jones**
                                                             **Sylvia A Jones**
                                                             Debtor

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy